Gloria Lewis

NetBank
P.O. Box 7126
Columbia, SC.  29202

Action Card
P.O, Box 790211
St. Louis, Missouri 63179

 JP Morgan Chase
200 White  Clay Center  Drive
Newark, Deleware 19711

Credit One Bank
PO Box 60500
City of Industry. Ca 91716

Direct Merchants Bank
P.O. Box 22128
Tulsa, Oklahoma 74121

Capital Management Services
726 Exchange Street Suite 700
Buffalo, New York 14210

Capital One Bank
C/O Blatt Hasenmiller Leibsker & Moore
125 S. Wacker Dr. #400
Chicago, Ill.60606