IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Gloria

Printed: 12/28/07

Case Number: 07 B 11930
Judge: Hollis, Pamela S
Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 367.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 367.00 |
| Totals: | 367.00 | 367.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One | Unsecured | 0.00 | 0.00 |
| 2. | Capital One | Unsecured | 0.00 | 0.00 |
| 3. | Capital One | Unsecured | 0.00 | 0.00 |
| 4. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 2,218.18 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 891.87 | 0.00 |
| 8. | Net Bank | Secured | | No Claim Filed |
| 9. | Action Card | Secured | | No Claim Filed |
| 10. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 11. | Action Card | Unsecured | | No Claim Filed |
| 12. | Credit One | Unsecured | | No Claim Filed |
| 13. | Direct Merchants | Unsecured | | No Claim Filed |
| 14. | Action Card | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,110.05 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lewis, Gloria

Printed:  12/28/07

Case Number:  07 B 11930
Judge:  Hollis, Pamela S
Filed:  7/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

